# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DREW ARNOLD

NO. 2019 KW 0749

OCT 1 8 2019

---

In Re:    Drew Arnold, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 01-81-0839.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme
Court, which has "exclusive supervisory jurisdiction . . . of
all criminal writ applications relating to convictions and
sentences imposed prior to July 1, 1982." La. Const. art. V, §
5(E).

                         **PMc**
                         **JEW**
                         **GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT